452 A.2d 56

Commonwealth v. Lucas, Appellant.

Submitted February 3, 1982. Gary A. Delafield, for appellant; David Edward Grine, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

The judgment of sentence of the learned Centre County President Judge Charles C. Brown, Jr., is affirmed.